UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 25, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGELICA CABELLERO ORTIZ

Defendant.

Case No. 2:25-cr-00106-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGELICA CABALLERO ORTIZ, Case No. 2:26-cr-00106-DC, 18 USC § 2115, from custody

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ $ ____

X Unsecured Appearance Bond $ 25,000.00 co-signed by Manuel Sanchez

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):.

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 25, 2026 at 3:56 PM

By: Chi Soo Kim

Magistrate Judge Chi Soo Kim