**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ANGELICA CABALLERO ORTIZ,**

Defendant.

CR NO: 2:25-CR-0106-DC

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Angelica Caballero Ortiz

Detained at: San Joaquin County Jail (DAP)

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 2115 – Postal Burglary

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

***Appearance is necessary on* November 6, 2026, at 9:30 a.m. *in the Eastern District of California.***

Signature: [signature]

Printed Name & Phone No: Veronica M.A. Alegría, (916) 554-2792

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on November 6, 2026, at 9:30 a.m. in Courtroom 10 before the Hon. Dena Coggins**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: November 3, 2026

/s/ Allison Claire
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Angelica Caballero, Angelica Caballero-Ortiz | ☐Male | ☒Female |
| Booking or CDC #: | Inmate #0393528, Booking #2616257 | DOB: | 10/16/1991 |
| Facility Address: | 999 W Mathews Rd, French Camp, CA 95231 | Race: | Hispanic |
| Facility Phone: | (209) 468-4400 | FBI#: | 181233AC2 |
| Currently | | | |

---

## RETURN OF SERVICE

Executed on: ____________________

____________________
(signature)